# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| BERENICE BOLANOS,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendant. | Case No. 2:20-cv-00970-BHL<br><br>Honorable Judge Lynn Adelman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Berenice Bolanos and Defendant Kohl's Department Stores, Inc. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: January 26, 2021

Respectfully Submitted,

**BERENICE BOLANOS**

*/s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

**KOHL'S DEPARTMENT STORES, INC.**

*/s/ Michael F. Tuchalski (with consent)*
Michael F. Tuchalski
*Counsel for Defendant*
Kohl's Department Stores, Inc.
N56W17000 Ridgewood Drive
Menomonee Falls, Wisconsin 53051
Phone: (262) 703-7706
michael.tuchalski@kohls.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor