UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BERENICE BOLANOS,

        Plaintiff,

                                                      Case No. 20-cv-0970-bhl

v.

KOHL'S DEPARTMENT STORE,

        Defendant.

## ORDER OF DISMISSAL

The parties having filed a Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above cause of action is dismissed, with prejudice.

Dated at Milwaukee, Wisconsin this 27th day of January, 2021.

                                                    s/ *Brett H. Ludwig*_____
                                                    BRETT H. LUDWIG
                                                    United States District Judge